UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HORUS VISION, LLC, | |
|---|---|
| Plaintiff, | Case No. 13-cv-05460-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| APPLIED BALLISTICS, LLC, et al., | |
| Defendants. | |

On 05/29/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 12/18/2014 at 1:30 pm<br>Case Management Statement due 12/11/2014 |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT a Claims Construction Tutorial is set for 10/14/2014 at 2:00 pm.

IT IS FURTHER ORDERED THAT a Claims Construction Hearing is set for 10/20/2014 at 9:00 am.

Dated:  May 29, 2014

_____
BETH LABSON FREEMAN
United States District Judge