COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
DANIEL J. KNAUSS (267414) (dknauss@cooley.com)
SARAH B. WHITNEY (292974) (swhitney@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

CASIMIR JONES, S.C.
DAVID A. CASIMIR (dacasimir@casimirjones.com)
KIRK J. HOGAN (kjhogan@casimirjones.com)
2275 Deming Way, Suite 310
Middleton, WI 53562-5527
Telephone:    (608) 662-1277
Facsimile:    (608) 662-1276

Attorneys for Plaintiff
HORUS VISION, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HORUS VISION, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED BALLISTICS, LLC, a Michigan limited liability company, and APPLIED BALLISTICS, INC., an Indiana corporation,<br><br>Defendants. | Case No.  5:13-cv-05460-BLF-HRL<br><br>**STIPULATED REQUEST FOR ORDER RESCHEDULING THE DECEMBER 18, 2014 CASE MANAGEMENT CONFERENCE**<br><br>**[PROPOSED] ORDER** |

The Court's Case Management Order, issued June 2, 2014 (Dkt. 34), scheduled a Further Case Management Conference for December 18, 2014, at 1:30 p.m.  The Case Management Order also scheduled a Case Management Statement due December 11, 2014.  At the October 20, 2014, Markman Hearing the Court indicated the December 18, 2014, Further Case Management Conference should be continued if a claim construction order has not been issued.  (Dkt. 65.)

As no claim construction order has been issued, the Parties, through their respective counsel, hereby stipulate to a request for an order rescheduling the Further Case Management Conference for the next available Thursday at 1:30 p.m. that is at least four weeks after the

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATED REQUEST FOR ORDER
RESCHEDULING CMC AND [PROPOSED] ORDER
CASE NO. 5:13-CV-05460 BLF-HRL

issuance of the Court's claim construction order.  The Joint Case Management Statement will be due one week prior to the Further Case Management Conference.  The parties submit that good cause exists in view of the desirability of postponing the Further Case Management Conference until the issuance of a claim construction order.

Dated: December 4, 2014    COOLEY LLP
    HEIDI L. KEEFE
    DANIEL J. KNAUSS


    */s/ Daniel J. Knauss*

    Attorneys for Plaintiff
    HORUS VISION, LLC


    BARNES & THORNBURG LLP
    LYNN C. TYLER


    */s/ Lynn C. Tyler*

    Attorneys for Defendants
    APPLIED BALLISTICS, LLC
    APPLIED BALLISTICS, INC.


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   December 9, 2014    _____
    Honorable Beth Labson Freeman
    United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATED REQUEST FOR ORDER
RESCHEDULING CMC AND [PROPOSED] ORDER
CASE NO. 5:13-CV-05460 BLF-HRL