UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HORUS VISION, LLC, | |
|---|---|
| Plaintiff, | Case No. 13-cv-05460-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| APPLIED BALLISTICS, LLC, et al., | |
| Defendants. | |

On January 08, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | 03/24/2015 |
| Disclosure of Expert Reports | 04/23/2015 |
| Fact Discovery Cut-Off | 03/24/2015 |
| Expert Discovery Cut-Off | 06/22/2015 |
| Last Day to Hear Dispositive Motions | 09/17/2015 at 9:00 am |
| Final Pretrial Conference | 01/14/2016 at 2:30 pm |
| Trial | 01/25/2016 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

Dated:  January 08, 2015

_____
BETH LABSON FREEMAN
United States District Judge