# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HORUS VISION, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLIED BALLISTICS, LLC, et al.,<br><br>    Defendants. | Case No.  13-cv-05460-BLF<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>[RE:  ECF 78] |

Plaintiff's motion for leave to amend its complaint came on for hearing on March 26, 2015.  The Court has considered the briefing as well as the oral arguments of counsel presented at the hearing.  Plaintiff's motion is governed by Federal Rule of Civil Procedure 15(a)(2), which directs that "[t]he court should freely give leave when justice so requires."  Fed. R. Civ. P. 15(a)(2).  There is no evidence that the motion is brought in bad faith; Plaintiff has not unduly delayed in bringing the motion; the motion is not futile; and there is no undue prejudice to Defendants.  *See Foman v. Davis*, 371 U.S. 178, 182 (1962) (listing factors to be considered when determining if leave to amend is appropriate under Rule 15(a)).  For these reasons and the reasons stated on the record at the hearing, Plaintiff's motion for leave to amend is GRANTED.  The amended complaint shall be filed on or before April 6, 2015 and service of process shall be effected upon the newly added defendant, Applied Ballistics Media, Inc., as soon as is practicable.

**IT IS SO ORDERED.**

Dated:  March 27, 2015

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge